FRED T. BRASTRUP, Appellant, v. HERMAN HAMMERSTEADT and Others, Defendants, and Farm Mortgage, Loan, & Trust Company, a Corporation, Respondents.

(161 N. W. 556.)

This case is controlled by the decision in the case of Brastrup v. Ellingson, ante, 68.

Opinion filed January 19, 1917. Rehearing denied February 28, 1917.

Appeal from District Court, Foster County, *J. A. Coffey,* J.
Affirmed.
*Geo. H. Stillman,* for plaintiff and appellant.
*Edward P. Kelly,* for respondent.

PER CURIAM.

The facts in this case are in all respects similar to the facts in the case of Brastrup v. Ellingson, ante, 68, 161 N. W. 553, except that the transaction involves different land, and different parties are concerned as purchasers of the land. By stipulation upon the argument it was agreed that the decision of this case should abide the decision of Brastrup v. Ellingson, supra.

The judgment of the trial court is affirmed.